**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 01-7137**

―――――――――――

In Re: ROGER A. DAMRON,

Petitioner.

―――――――――――

On Petition for Writ of Mandamus.  (CR-97-16)

―――――――――――

Submitted:  February 12, 2002      Decided:  February 28, 2002

―――――――――――

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――――

Petition denied by unpublished per curiam opinion.

―――――――――――

Roger A. Damron, Petitioner Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In July 2001, Roger Ames Damron filed this petition for a writ of mandamus seeking an order directing the district court to act on his motion under 28 U.S.C.A. § 2255 (West Supp. 2001). The district court entered an order denying relief on Damron's § 2255 motion on December 28, 2001; Damron's mandamus petition is therefore moot. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2